SONIA R. CARVALHO (SBN 162700)
CITY ATTORNEY
TAMARA BOGOSIAN (SBN 201312)
ASSISTANT CITY ATTORNEY
CITY OF SANTA ANA
20 CIVIC CENTER PLAZA M-29
P.O. BOX 1988
SANTA ANA, CALIFORNIA 92702
TELEPHONE: (714) 647-5202
FACSIMILE: (714) 647-6515
EMAIL: tbogosian@santa-ana.org

TALLEY & TALLEY LAW, APC
CRISTINA L. TALLEY (SBN 107298)
23461 SOUTH POINTE DRIVE, SUITE 215
LAGUNA HILLS, CALIFORNIA 92653
TELEPHONE: (949) 216-5189
FACSIMILE: (949) 269-7873
EMAIL: ctalley@talleylawyers.com

Attorneys for Defendants, CITY OF SANTA ANA, KAMERON HENDERSON, MATTHEW D. WHARTON, DAVID GUZMAN, JUSTIN L. COLLINS, JONATHON PEREZ, ANH TU S. PHAN, KENNETH GRAY, and DANIEL CARRILLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO REYES, | Case No: 8:18-cv-1537 DOC (ADS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SANTA ANA, KAMERON HENDERSON, MATTHEW D. WHARTON, DAVID GUZMAN, JUSTIN L. COLLINS, JONATHON PEREZ, ANH TU S. PHAN, KENNETH GRAY, DANIEL CARRILLO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

On August 23, 2019, this action came on for hearing on Defendants' Motion for Summary Judgment before the Honorable David O. Carter, United States District Judge Presiding.

After having considered the pleadings, the evidence and issues presented having been fully considered, and duly heard at oral argument, and a decision having fully rendered,

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendants, City of Santa Ana, Kameron Henderson, Matthew D. Wharton, David Guzman, Justin J. Collins, Jonathon Perez, Anh Tu S. Phan, Kenneth Gray, and Daniel Carrillo, that Plaintiff take nothing, the action be dismissed on the merits, and Defendants recover their costs.

Dated: August 29, 2019

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE